**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** § | CASE NO. 26-32580 |
| § | |
| **MCITBE, LLC,** § | (Main case pending in the United States |
| § | Bankruptcy Court for the Northern |
| Debtor. § | District of Texas, Dallas Division) |
| § | |
| § | CHAPTER 11 |

| | |
|---|---|
| **OSAMA ABDULLATIF and** § | ADVERSARY PROCEEDING |
| **ABDULLATIF & COMPANY, LLC,** § | |
| Plaintiffs, § | NO. 26-03240 |
| § | |
| v. § | (Removed from Cause No. 2013-41273 |
| § | in the 55th Judicial District Court |
| **ALI CHOUDHRI and HOUSTON** § | of Harris County, Texas) |
| **REAL ESTATE PROPERTIES, LLC,** § | |
| Defendants. § | |

## ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER REMOVED ADVERSARY PROCEEDING TO THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

The Court considered the *Defendants' Motion to Transfer Removed Adversary Proceeding to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division* (Docket No. 2) (the "Motion"), filed by Defendants Ali Choudhri and Houston Real Estate Properties, LLC, and any response. The Court finds that the Motion should be granted and that transfer of this adversary proceeding to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division—where *In re MCITBE, LLC*, Case No. 26-32580, is pending—is in the interest of justice and for the convenience of the parties under 28 U.S.C. § 1412 and Federal Rule of Bankruptcy Procedure 7087. It is therefore

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that this adversary proceeding is TRANSFERRED to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, for all further proceedings in connection with *In re MCITBE, LLC*, Case No. 26-32580; and it is further

**ORDERED** that the Clerk of this Court shall take all steps necessary to effect the transfer of this adversary proceeding and the record to the transferee court.

Signed: _____

_____
UNITED STATES BANKRUPTCY JUDGE